**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Criminal No. 1:13-cr-00121-SL |
| MALEK M. AL MALIKI, | ) ) | JUDGE SARA LIOI |
| Defendant. | ) ) ) | |

**DISCOVERY ORDER**

This matter comes before the Court on the United States' *Ex Parte* Motion for *In Camera* Review of Immigration Records and Discovery and Protective Orders.  The Court being fully advised in the premises, and for good cause shown, it is hereby ordered that the United States shall disclose to the Defendant Malek M. Al Maliki the redacted A-files of the Defendant and Hinda Al Rhannai.

**IT IS SO ORDERED.**

Dated: July 26, 2013

                                                         **HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**