IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MALEK M. AL MALIKI, )<br>)<br>Defendant. )<br>_____ ) | Criminal No. 1:13-cr-00121-SL |

## JOINT STIPULATIONS OF UNCONTESTED FACTS

The United States and the Defendant, Malek M. Al Maliki (hereinafter, the "Defendant"), hereby agree and stipulate that the following facts are true and not in dispute:

1. The Defendant became a United States citizen on August 4, 2000.

2. The Defendant was a United States citizen on August 15, 2010, through and including November 8, 2010.

3. On or about August 15, 2010, the Defendant traveled in foreign commerce from the United States to Syria.

4. On or about November 8, 2010, the Defendant traveled in foreign commerce from Syria to the United States.

5. John Doe #1 was born in 1998, and between August 15, 2010, and November 8, 2010, he was 12 years old.

6. John Doe #2 was born in 2007, and between August 15, 2010, and November 8, 2010, he was 3 years old.

**SIGNATURES**

_____  Date: 8/19/13
Michael A. Sullivan
Assistant U.S. Attorney (#0064338)


_____  Date: 8/19/13
Bonnie L. Kane
Trial Attorney, U.S. Department of Justice


_____  Date: 8/19/13
Donald Butler, Esq.
Attorney for the Defendant


_____  Date: 8/19/2013
Malek M. Al Maliki
Defendant



**APPROVED:**

_____  Date: 8/19/2013
HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE

2