Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NUMBER: 1:13CR121 |
| Plaintiff(s) | ) | |
| | ) | |
| vs. | ) | JUDGE SARA LIOI |
| | ) | |
| MALEK M. AL MALIKI | ) | |
| | ) | |
| Defendant(s) | ) | |

# EXHIBIT AND WITNESS LIST

Plaintiff(s) Counsel:
AUSA Michael Sullivan; Special AUSA Bonnie Kane

Defendant(s) Counsel:
Donald Butler, Esq.

TRIAL DATES:
8/27/2013; 8/28/2013; 8/29/2013

| PLTF. NO. | DEFT. NO. | DATE | OBJ. | ADMIT | NOT ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1 | | 8/28/2013 | | X | | Joint Stipulation of Uncontested Facts |
| 7 | | 8/28/2013 | | X | | Certified Applic for Consular Rpt for John Doe #2 |
| 8 | | 8/28/2013 | | X | | Certified Consular Rpt for John Doe #2 |
| Witness | | 8/28/2013 | | | | Witness: Mark Goldrup |
| 4 | | 8/28/2013 | | X | | Certified passport records for Malek Al Maliki |
| 6 | | 8/28/2013 | | X | | Certified passport records for John Doe #2 |
| 5 | | 8/28/2013 | | X | | Certified passport records for John Doe #1 |
| Witness | | 8/28/2013 | | | | Witness: John Doe #1 |
| 16 | | 8/28/2013 | | X | | Sketch of apartment |
| 11C | | 8/28/2013 | | X | | Photo of family |
| 11D | | 8/28/2013 | | X | | Photo of family |
| 11E | | 8/28/2013 | | X | | Photo of family |
| Witness | | 8/28/2013 | | | | Witness: Gabriel Hagan, SA Homeland Sec. Invesigations |
| 2 | | 8/28/2013 | | X | | Certified records from Delta Airlines 8/15/10 - 11/8/10 |
| 3 | | 8/28/2013 | | X | | Certified records Discover Finl Srv 6/2010-7/2010 |
| 9 | | 8/28/2013 | | X | | Certified TECS Activity Report from US Customs |
| 10 | | 8/28/2013 | | X | | Certified Copy of Naturalization Certificate Malek Al Maleki |
| | Witness | 8/28/2013 | | | | Witness: Malek Al Maliki |

PAGE 2 OF 2 PAGES