The honrable, Sara Lioi

This letter as request to appeal My conviction.. thanks

inmate
Malek almaliki

9-12-2013

2013 SEP 17 PM 3:44
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON