TRANSMISSION FORM

| District Court | District Court No. 1:13cr121 |
| NORTHERN OHIO, EASTERN DIVISION | USCA No. 13-4107 |

**CAPTION**

U.S.A.

    PLAINTIFF - __Appellee__

v.

MALEK M. AL MALIKI

    DEFENDANT - __APPELLANT__

**CURRENT COUNSEL FOR PLAINTIFF**
NAME: Michael A. Sullivan
FIRM NAME: U.S. Attorney's Office
ADDRESS: Suite 400
    801 Superior Avenue, W
    Cleveland, OH. 44113
TELEPHONE: 216-622-3977

**CURRENT COUNSEL FOR DEFENDANT**
NAME: Malek M. Al Maliki
FIRM NAME: #58773-060
ADDRESS: NEOCC
    2240 Hubbard Road
    Youngstown, OH. 44501
TELEPHONE:

If Habeas Corpus, Certificate of Appealability is: ( ) granted ( ) denied ( ) pending

Criminal Defendant: ( ) on bond (X) incarcerated ( ) on probation

Fees: District Court & USCA Fee Paid: ( ) yes (X) no ( ) not required
    Pauper Status: ( ) granted ( ) denied ( ) pending
    Affidavit of Financial Status Filed: ( ) yes ( ) no

Counsel: ( ) appointed ( ) retained (X) pro se

District Court Judge: __Lioi__     Court Reporter: __Heidi Geizer and Caroline Mahnke.__

Any hearing or trial (X) yes ( ) no    If yes, dates __3/6/13; 3/11/13; 4/17/13; 4/29/13; 8/19/13; 8/22/13; 8/27/13; 8/28/13 and 8/29/13.__

FROM __Shawn Harrigan__     DATE __SEPTEMBER 18, 2013__

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____ and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___ volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this ___ day of _____, **2013**. Clerk, GERI M. SMITH, U.S. District Court