The Honorable Judge "SARA LIOI"
To The Clerck of the court

Subject/Request appeal

I request when I write you this letter
To file an appeal regarding my conviction
And my sentence... thanks

Date
4/20/2014

*[signature]*
DEFENDENT
ALMALIKI MALEK
CASE #: 1:13 CR 121

2014 APR 24 PM 2:44
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

THE HONORABLE Judge Sarah Lioi
To the clerck of the Court

I notified you that I want to file
An Appeal of my conviction and sentence
Thanks.

US district court
N. Eastern Division
Date 04/18/2014

[signature]
Malek almaliki
DEFENDENT
DOCKET 1:13 CR 121

United States District Court
NORTHERN DISTRICT of OH

U.S.A

MALEK ALMALIKI     Docket # 1:13-CR-00121
DEFENDENT

Requesting and Appeal

I would like to appeal my sentence and my convictions.
Thanks

Malek Almaliki
DEFENDANT
4-21-2014

2014 APR 24 PM 2:44
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON